| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| The Law Firm of Tamara N. Holder, 917 W. Washington Blvd., Ste. 222, Chicago, IL 60607, 312-440-9000 | |
| The Quinlan Law Firm, LLC, 233 S. Wacker Dr., Ste. 6142, Chicago, IL 60606, 312-883-5500 | |
| ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| Jonathan Barnett; Creative Artists Agency, LLC; CAA Holdings, LLC; CAA Stellar Sports Limited; CAA Stellar Football Limited; and DOES 1-10 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jane Doe | Plaintiff |
| Creative Artists Agency, LLC | Defendant |
| CAA Holdings, LLC | Defendant |
| CAA Stellar Sports Limited | Defendant |
| CAA Stellar Football Limited | Defendant |

July 2, 2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff