**DLA PIPER LLP (US)**
Scott R. Wilson (admitted *pro hac vice*)
scott.wilson@us.dlapiper.com
Melissa Godwin (admitted *pro hac vice*)
melissa.godwin@us.dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone:   (212) 335-4915
Facsimile:    (212) 335-4501

**DLA PIPER LLP (US)**
Jude Orfali (SBN 347983)
jude.orfali@us.dlapiper.com
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Telephone:   (310) 595-3000
Facsimile:    (310) 595-3300

*Attorneys for Defendants*
*Creative Artists Agency, LLC,*
*CAA Holdings, LLC,*
*CAA Stellar Sports Limited, and*
*CAA Stellar Limited*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, an individual,<br><br>                    Plaintiff,<br><br>         v.<br><br>Jonathan Barnett, an individual; Creative Artists Agency, LLC, a Delaware limited liability company; CAA Holdings, LLC, a Delaware limited liability company; CAA Stellar Sports Limited *f/k/a* ICM Stellar Sports Limited and *f/k/a* The Stellar Group Limited, a United Kingdom limited company; CAA Stellar Football Limited *f/k/a* Stellar Football Limited, a United Kingdom limited company; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-06059<br><br>**STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>Judge: Hon. Christina A. Snyder<br><br>Complaint Filed: July 2, 2025 |

Plaintiff Jane Doe ("Plaintiff") and Defendants Creative Artists Agency, LLC, CAA Holdings, LLC, CAA Stellar Sports Limited, and CAA Stellar Limited (collectively, the "Corporate Defendants," and together with Defendant Jonathan Barnett, the "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to the following:

WHEREAS, on March 9, 2026, the Court issued a Minute Order following the hearing on the Corporate Defendants' Motion to Dismiss (ECF No. 56) and Specially Appearing Defendant Jonathan Barnett's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 63), permitting supplemental briefing and setting deadlines for such briefing (ECF No. 105);

WHEREAS, pursuant to the Court's Minute Order, Defendants were ordered to submit the English cases cited and relied upon by their experts, in a filing not to exceed five (5) pages in length (the "English Law Supplemental Briefing"), on or before March 13, 2026; Plaintiff was ordered to file a responsive brief, not to exceed five (5) pages in length, on or before March 20, 2026; and Defendants were ordered to file a responsive brief, not to exceed five (5) pages in length, on or before March 27, 2026;

WHEREAS, pursuant to the March 9, 2026 Minute Order, the Court further ordered supplemental briefing regarding Plaintiff's negligent supervision claim (the "Negligent Supervision Supplemental Briefing"), not to exceed ten (10) pages per party, with Plaintiff's brief due on or before March 30, 2026, and the Corporate Defendants' brief due on or before April 20, 2026;

WHEREAS, the Corporate Defendants filed the English cases cited and relied upon by their English law expert, Catherine Gibaud KC, by the March 13, 2026 deadline indicated in the Minute Order (ECF No. 112);

WHEREAS, counsel for the Corporate Defendants has requested, and Plaintiff's counsel agreed, to a one-week extension in time for Plaintiff to file its English Law Supplemental Briefing, and a corresponding further one-week

STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING
CASE NO. 2:25-CV-06059

extension in time for Defendants to respond to same, to accommodate long-planned international personal travel by the Corporate Defendants' lead counsel;

WHEREAS, Plaintiff's counsel has proposed, and counsel for the Corporate Defendants agreed, to a one-week extension in time for Plaintiff to file its Negligent Supervision Supplemental Briefing, to prevent the need for Plaintiff to file two briefs on consecutive business days;

NOW THEREFORE, based on the foregoing, the Parties jointly stipulate and agree to the following briefing schedule:

a.    Plaintiff's deadline to file her English Law Supplemental Briefing shall be extended from March 20, 2026 to March 27, 2026;

b.    The Corporate Defendants' deadline to file their five-page supplemental responsive brief shall be extended from March 27, 2026 to April 10, 2026;

c.    Plaintiff's deadline to file her Negligent Supervision Supplemental Briefing shall be extended from March 30, 2026 to April 6, 2026; and

d.    The Corporate Defendants' deadline to respond to Plaintiff's Negligent Supervision Supplemental Briefing shall be moved from April 20, 2026, to April 27, 2026, to preserve its three-week period to respond to Plaintiff's Negligent Supervision Supplemental Briefing.

**IT IS SO STIPULATED.**

Dated: March 16, 2026                    **THE QUINLAN LAW FIRM, LLC**


                                        By: */s/ Eric T. Schmitt*
                                            Lisa H. Quinlan
                                            William J. Quinlan
                                            Eric T. Schmitt

                                        *Attorneys for Plaintiff*
                                        *Jane Doe*

STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING
CASE NO. 2:25-CV-06059

Dated: March 16, 2026                    **DLA PIPER LLP (US)**


By: */s/ Scott R. Wilson*
    Scott R. Wilson
    (admitted *pro hac vice*)
    Melissa Godwin
    (admitted *pro hac vice*)
    Jude Orfali

*Attorneys for Defendants*
*Creative Artists Agency, LLC,*
*CAA Holdings, LLC,*
*CAA Stellar Sports Limited, and*
*CAA Stellar Limited*

STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING
CASE NO. 2:25-CV-06059

## **ATTESTATION**

The undersigned hereby attests pursuant to Local Rule 5-4.3.4 that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

*/s/ Jude Orfali*
Jude Orfali

STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING
CASE NO. 2:25-CV-06059