JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Barnett, an individual; Creative Artists Agency, LLC, a Delaware limited liability company; CAA Holdings, LLC, a Delaware limited liability company; CAA Stellar Sports Limited *f/k/a* ICM Stellar Sports Limited and *f/k/a* The Stellar Group Limited, a United Kingdom limited company; CAA Stellar Football Limited *f/k/a* Stellar Football Limited, a United Kingdom limited company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06059-CAS-PD<br><br>**JUDGMENT**<br><br>Judge: Hon. Christina A. Snyder<br><br>Complaint Filed: July 2, 2025 |

Pursuant to the Court's May 15, 2026 Order granting Defendants Creative Artists Agency, LLC, CAA Holdings, LLC, CAA Stellar Sports Limited, and CAA Stellar Limited's (collectively, the "Corporate Defendants") Motion to Dismiss Complaint for *forum non conveniens* (ECF No. 125), and the Corporate Defendants and Defendant Jonathan Barnett's respective responses agreeing to the conditions set forth in the Court's May 15, 2026 order (ECF Nos. 126, 127),

IT IS HEREBY ORDERED AND ADJUDGED that the action is DISMISSED as to all Defendants, without prejudice to refiling in the appropriate English forum or in any other appropriate forum.

**IT IS SO ORDERED.**

Dated: June 22, 2026

Hon. Christina A. Snyder
United States District Judge

JUDGMENT
Case No. 2:25-cv-06059